**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| MISSOURIANS FOR FISCAL ACCOUNTABILITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14-04287-CV-C-DW |
| JAMES KLAHR, in his official capacity as Executive Director of the Missouri Ethics Commission, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The undersigned hereby recuses himself from any further involvement in this case. The Clerk of the Court is directed to randomly reassign this case to another judge pursuant to Administrative Directive 13.

SO ORDERED.

Date: October 31, 2014                            /s/ Dean Whipple
                                                          Dean Whipple
                                            United States District Judge