**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

### In Reference To: Missouri Ethics Committee Litigation (Service)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/20/2014 | CG | Phone conference with Caleb Jones, Michael Grote, and Yancy Williams re the establishment of the committee and statutory limitations on making expenditures; begin researching caselaw, gathering facts, and drafting a aomplaint | 4.60 | $ 475.00/hr | $ 2,185.00 |
| 10/24/2014 | CG | Phone conference with Michael Grote re additional facts and information needed for the complaint | 0.50 | $ 475.00/hr | $ 237.50 |
| 10/25/2014 | CG | Continue drafting the complaint; email the same to Michael Grote for review | 1.10 | $ 475.00/hr | $ 522.50 |
| 10/26/2014 | CG | Draft the motion for injunctive relief and brief in support of the same; review caselaw for the same, including a detailed review of the Catholic Leadership, van Bergen, and Connor cases | 5.20 | $ 475.00/hr | $ 2,470.00 |
| 10/26/2014 | MH | Review and revise Missouri fiing, including complaint and motion; multiple emails with C. Gober re same | 0.90 | $ 395.00/hr | $ 355.50 |
| 10/27/2014 | CG | Revise the complaint and brief in support of motion for injunctive relief; emails with Caleb Jones and Michael Grote re the same; draft the declarations for Caleb Jones and Michael Grote; phone conferences with Caleb Jones re the complaint and filing requirements | 1.50 | $ 475.00/hr | $ 712.50 |
| 10/27/2014 | CD | Work on brief in support of motion for injunctive relief | 1.50 | $ 200.00/hr | $ 300.00 |
| 10/28/2014 | CG | Revise the complaint, motion for injunctive relief, and declarations for Caleb Jones and Michael Grote; phone conference with Caleb Jones re the same | 0.40 | $ 475.00/hr | $ 190.00 |
| 10/28/2014 | LB | Email communications with C. Gober re authorities in motion for injunctive relief; review and revise the same and create table of contents and table of authorities for same | 2.80 | $ 150.00/hr | $ 420.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2014 | CG | Review L. Bresley's revisions to the motion for injunctive relief | 0.10 | $ 475.00/hr | $ 47.50 |
| 10/30/2014 | CG | Revise, finalize, and file the complaint with the court; review local rules; review online filing instructions; continue drafting brief in support of motion for injunctive relief; finalize declarations for the same; emails with Michael Grote re the same; research caselaw for the same, including a detailed review of National Right to Life PAC v. Lamb and similar cases; phone conferences and emails with Caleb Jones re the complaint, motion for temporary restraining order, and magistrate assignment | 5.20 | $ 475.00/hr | $ 2,470.00 |
| 10/31/2014 | CG | Continue working on brief in support of injunctive relief, the motion for the same, and the proposed order; emails with Caleb Jones re judge reassignments and recusal; revise documents to reflect the same; phone conference and emails with Caleb Jones re TRO request; conduct research re TRO requests in the 8th Circuit; revise PI motion to add TRO request; finalize and file the same; phone conference with the court and Caleb Jones re TRO hearing; prepare for and participate in the same | 6.20 | $ 475.00/hr | $ 2,945.00 |
| 11/02/2014 | CG | Review the Temporary Restraining Order issued by the court; review statutes and scope of the Missouri Ethics Commission's authority | 0.40 | $ 475.00/hr | $ 190.00 |
| 11/02/2014 | MH | Review and consider order granting temporary restraining order application | 0.30 | $ 395.00/hr | $ 118.50 |
| 11/03/2014 | CG | Phone communications with Caleb Jones and Michael Grote re TRO and litigation strategy | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/03/2014 | MH | Phone conference with C. Gober re litigation strategy and next steps | 0.30 | $ 395.00/hr | $ 118.50 |



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/04/2014 | CG | Emails with Caleb Jones and Michael Grote re prosecutorial jurisdiction; emails with Lewis Sessions re FRCP and amending complaint post-TRO | 0.30 | $ 475.00/hr | $ 142.50 |
| 11/05/2014 | CG | Email with Caleb Jones re scope of TRO and service of process | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/10/2014 | CG | Prepare pro hac application; travel to bank to have the same notarized; email the same to Caleb Jones for filing | 0.50 | $ 475.00/hr | $ 237.50 |
| 11/11/2014 | CG | Email with Caleb Jones re pro hac vice application | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/13/2014 | CG | Phone conferences and emails with Caleb Jones and court re summons and service of process; review the same; emails with Special Delivery re the same | 0.50 | $ 475.00/hr | $ 237.50 |
| 11/16/2014 | CG | Conduct research re mootness in preparation to file response to order to show cause; email with Caleb Jones and Michael Grote re the same; phone conference with Caleb Jones re the same | 2.20 | $ 475.00/hr | $ 1,045.00 |
| 11/17/2014 | CG | Research Missouri Ethics Committee enforcement actions re the blackout period; email with S. Pulsipher re response to order to show cause | 1.20 | $ 475.00/hr | $ 570.00 |
| 11/18/2014 | CG | Emails with Michael Grote re termination of committee status; email with Caleb Jones re service of process of Defendant Klahr | 0.20 | $ 475.00/hr | $ 95.00 |
| 11/19/2014 | CG | Review and revise response to order to show cause; research and review case law for the same; email with Michael Grote re termination of committee status | 2.30 | $ 475.00/hr | $ 1,092.50 |
| 11/20/2014 | CG | Emails with C. Dolton re response to order to show cause; revise and finalize the same; emails with Caleb Jones re the same | 2.50 | $ 475.00/hr | $ 1,187.50 |
| 11/20/2014 | CD | Work on mootness brief in response to Order to Show Cause | 2.00 | $ 200.00/hr | $ 400.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/20/2014 | MH | Work on mootness brief in response to Order to Show Cause | 2.10 | $ 395.00/hr | $ 829.50 |
| 12/04/2014 | CG | Review Defendant's response to the Order to Show Cause | 0.20 | $ 475.00/hr | $ 95.00 |
| 12/29/2014 | CG | Review Defendant's response to the Court's order to show cause; email with Caleb Jones re the same | 0.20 | $ 475.00/hr | $ 95.00 |
| 01/13/2015 | CG | Review the court's scheduling order | 0.10 | $ 475.00/hr | $ 47.50 |
| 02/14/2015 | CG | Research case law in preparation for reply to Order to Show Cause; research Missouri statutes re authority of MEC Executive Director; research previous MEC enforcement actions re timing violations | 2.10 | $ 475.00/hr | $ 997.50 |
| 03/05/2015 | RF | Analyze pleadings in preparation of work on brief | 0.90 | $ 395.00/hr | $ 355.50 |
| 03/06/2015 | CG | Emails with R. Fischer re analysis and arguments for response to Defendant's mootness brief | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/06/2015 | RF | Analyze the court's briefing schedule and Defendant's mootness brief | 1.40 | $ 395.00/hr | $ 553.00 |
| 03/06/2015 | RF | Conduct legal research on issue of ripeness in election law context | 2.20 | $ 395.00/hr | $ 869.00 |
| 03/07/2015 | RF | Conduct legal research on authority of Ethics Commission Executive Director in response to Argument III of Defendant's brief | 1.10 | $ 395.00/hr | $ 434.50 |
| 03/07/2015 | RF | Analyze Missouri statutory provisions governing campaign committees in response to arguments in Defendant's brief | 0.90 | $ 395.00/hr | $ 355.50 |
| 03/07/2015 | RF | Begin drafting response brief on mootness question | 2.20 | $ 395.00/hr | $ 869.00 |
| 03/08/2015 | CG | Research re official-capacity suits and immunity issues for response; review first draft of response; emails with R. Fischer re the same and additional research and information needed for response | 0.80 | $ 475.00/hr | $ 380.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 03/09/2015 | CG | Emails with R. Fischer re the same and additional research and information needed for response and copies of previous MEC enforcement actions for the same | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/09/2015 | RF | Conduct legal research on Ex Parte Young doctrine for incorporation into brief | 1.80 | $ 395.00/hr | $ 711.00 |
| 03/09/2015 | RF | Supplement portion of brief addressing status of Defendant as proper party | 1.10 | $ 395.00/hr | $ 434.50 |
| 03/09/2015 | RF | Conduct legal research on conflicting deadline provision in state statute; incorporate previous MEC enforcement actions; complete draft of legal brief | 4.40 | $ 395.00/hr | $ 1,738.00 |
| 03/10/2015 | CG | Review draft response and revise the same; phone conference with R. Fischer re the same | 3.60 | $ 475.00/hr | $ 1,710.00 |
| 03/10/2015 | RF | Incorporate into brief examples of recent enforcement of blackout restrictions by Ethics Commission and its executive director | 0.80 | $ 395.00/hr | $ 316.00 |
| 03/11/2015 | CG | Continue drafting and revising the response brief; finalize and file the same; emails with Caleb Jones re the same | 3.20 | $ 475.00/hr | $ 1,520.00 |
| 03/11/2015 | LP | Review, revise & citation check MFA Brief Pursuant to Order Establishing Briefing Schedule | 1.20 | $ 150.00/hr | $ 180.00 |
| 04/15/2015 | CG | Emails with L. Parker re potential reply to Defendant's response | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/27/2015 | CG | Review the court's order dismissing the case | 0.40 | $ 475.00/hr | $ 190.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 04/27/2015 | SH | Review Judge Smith's Order granting Temporary Restraining Order to determine grounds for appeal; review Order Dismissing Case as Moot re same; review Complaint to determine specific remedies sought by Plaintiff; review FRCP 65 Preliminary Injunctions and Temporary Restraining Orders re Must the Court make a constitutional determination to issue a Preliminary Injunction but not to issue a Temporary Restraining Order?; review Federal Practice Manual to determine whether a judge's granting a temporary restraining order can obviate a plaintiff's request for preliminary and/or permanent injunction and declaratory judgment; review relevant articles on Ex Parte Young doctrine to determine whether all commissioners of an agency must be sued in their official capacity or personal capacities to create an exception to sovereign immunity that would allow a recovery of fees; review cases on standing and exception to mootness as capable of repetition yet evading review, particularly Catholic Leadership Conference v. Reisman (5th Cir 2014); draft email to C. Gober re initial impression of viability of appeal, specifically on three issues, viz. Was it enough to sue Commissioner Klahr alone?, Did the trial court's issuing a TRO preclude the need to address Plaintiff's declaratory judgment claim?, Does the case lack standing on mootness grounds? | 4.30 | $ 395.00/hr | $ 1,698.50 |
| 05/11/2015 | CG | Phone conference and emails with S. Hoersting re deadline to file appeal to the 8th Circuit and related issues | 0.30 | $ 475.00/hr | $ 142.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2015 | SH | Review Complaint and all Exhibits including Statement of Caleb Jones, Form 8871, Missouri Committee Organizational Filing; Treasurer Michael Grote Affidavit; review Plaintiff's Proposed Order to determine nature of relief sought from district judge; review Declaration of Yancy Williams; review Plaintiff's Suggestions in Support of Motion for Preliminary and Permanent Injunctions; review Order Granting TRO but Not Granting Preliminary Injunction to understand district court's reasoning; review order to Show Cause Why Case Should Not be Dismissed as Moot; review Order requiring Defendant to provide Supplemental Briefing on whether case is Moot; review Plaintiff's Answer to Court's Order to Show Cause why case should not be dismissed as moot; review State's Response to Order directing State to provide Supplemental Briefing on whether application of statute moots Plaintiff's claim | 5.30 | $ 395.00/hr | $ 2,093.50 |
| 05/15/2015 | CG | Emails with S. Hoersting re potential appeal and previous mootness arguments; emails with Caleb Jones and S. Hoersting re previous spending activities | 0.20 | $ 475.00/hr | $ 95.00 |
| 05/15/2015 | SH | Review the remainder of the record in case; research relevant points of law on three questions: in what capacity to sue the Executive Director?, ripeness and mootness; begin preparing memorandum to C. Gober on whether to appeal case to Eight Circuit Court of Appeals | 5.80 | $ 395.00/hr | $ 2,291.00 |
| 05/19/2015 | SH | Review Manqual v. Rotger Sabat; review NRL PAC v Connor (8th Cir. 2003); finish drafting and editing memorandum to C. Gober on whether to appeal case to the Eight Circuit Court of Appeals; email same to C. Gober | 10.80 | $ 395.00/hr | $ 4,266.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 05/22/2015 | CG | Review S. Hoersting's analysis re potential appeal of district court decision; emails with Caleb Jones, Michael Grote and S. Hoersting re the same; phone conference with S. Hoersting re the same | 0.70 | $ 475.00/hr | $ 332.50 |
| 05/26/2015 | CG | Emails with Mr. Grote, Caleb Jones and S. Hoersting re filing appeal; phone conference with Caleb Jones re the same | 0.30 | $ 475.00/hr | $ 142.50 |
| 05/26/2015 | SH | Review Federal Rules of Appellate Procedure in anticipation of filing Notice of Appeal to the Eight Circuit of Appeals with the District Court; review Eighth Circuit Local Rules | 3.10 | $ 395.00/hr | $ 1,224.50 |
| 05/27/2015 | CG | Emails with S. Hoersting and Caleb Jones re notice of appeal, documents for the same, and potential filling a PI pending appeal; review draft filings; phone conference with Caleb Jones re the same; finalize appeal documents | 1.00 | $ 475.00/hr | $ 475.00 |
| 05/27/2015 | SH | Draft Notice of Appeal to District Court; Draft Appellant's Form A; Find Appellants' Form B; Review FRAP 26.1, 10, 4 and 3; review FRAP 8 re seeking preliminary injunctive relief during appeal; review webpage of District Court Western District of Missouri re filing fee for an appeal; draft email to C. Gober and local counsel Caleb Jones re procedures for filing appeal; draft email to C. Gober and Caleb Jones re whether to file Preliminary Injunction Motion with District Court pending appeal; review email from C. Gober re same; reply to C. Gober and lay out the parameters of FRAP 8 | 4.30 | $ 395.00/hr | $ 1,698.50 |
| 05/27/2015 | SH | Review suggestions from C. Gober on Notice of Appeal and Appellate's Form A; edit same and re-send for filing with District Court | 0.30 | $ 395.00/hr | $ 118.50 |
| 05/29/2015 | CG | Email with S. Hoersting re standing issue and similarity to Catholic Leadership case in 5th Circuit | 0.10 | $ 475.00/hr | $ 47.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 06/03/2015 | SH | Review and reply to email from R. Abbott re FEC's approach to Rule 26(f) conference | 0.10 | $ 395.00/hr | $ 39.50 |
| 06/03/2015 | SH | Email with C. Gober and R. Abbott re FEC's proposal to limit Motions to three-page letters | 0.30 | $ 395.00/hr | $ 118.50 |
| 06/04/2015 | CG | Emails with L. Parker re corporate interest disclosure statement | 0.10 | $ 475.00/hr | $ 47.50 |
| 06/04/2015 | SH | Review and reply to email of R. Abbott re serving the United States Attorney of Delaware a copy our complaint | 0.10 | $ 395.00/hr | $ 39.50 |
| 06/05/2015 | SH | Email with C. Gober and L. Parker re filing of Corporate Statement, Appeal Schedule Order; review same and reply | 0.20 | $ 395.00/hr | $ 79.00 |
| 06/05/2015 | SH | Review and reply to email from L. Parker re procedures to join Eight Circuit Court of Appeals | 0.10 | $ 395.00/hr | $ 39.50 |
| 06/08/2015 | SH | Review and reply to email from C. Gober and C. Jones re filing a Notice of Appearance in the Eighth Circuit | 0.10 | $ 395.00/hr | $ 39.50 |
| 06/10/2015 | CG | Phone conference and emails with L. Parker re corporate disclosure statement; phone conference and emails with Caleb Jones re notice of appearance | 0.30 | $ 475.00/hr | $ 142.50 |
| 06/11/2015 | CG | Emails with S. Hoersting re deadline to confer with opposing party re Method of Appendix | 0.10 | $ 475.00/hr | $ 47.50 |
| 06/11/2015 | SH | Review email from C. Gober re conference call with opposing counsel; review Appeal Briefing Schedule Order of June 2, 2015; email Assistant Attorney General Andy Hirth re scheduling a conference call re Method of Preparing Appedix | 0.60 | $ 395.00/hr | $ 237.00 |
| 06/12/2015 | SH | Conference call with Assistant Attorney General Andy Hirth re Method of Preparing Appellate Index | 0.20 | $ 395.00/hr | $ 79.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 06/16/2015 | CG | Emails with S. Hoersting re various filings due in the 8th Circuit appeal; phone conference with L. Parker re the same; emails with S. Hoersting and Caleb Jones re transcript in district court case | 0.30 | $ 475.00/hr | $ 142.50 |
| 06/16/2015 | SH | Email with Assistant Attorney General Andy Hirth re Joint Notice on Method of Preparation of the Index; query Andy Hirth on the existence or absence of a hearing transcript in preparation of same | 0.40 | $ 395.00/hr | $ 158.00 |
| 06/16/2015 | SH | Review Appeal Briefing Schedule Order for filing deadlines; review Eighth Circuit Local Rule 30A; Prepare Joint Notification of Preparation of the Appendix; edit same | 1.80 | $ 395.00/hr | $ 711.00 |
| 06/16/2015 | SH | Review district court's Order Granting TRO and Order to Show Cause Why Case Should Not Be Dismissed; Draft Appellant's Statement and Designation of Issues on Appeal; edit and revise same; email same to L. Parker for electronic filing; draft Certification of Waiver of Ordering Transcript; edit same; email same to L. Parker for filing | 1.70 | $ 395.00/hr | $ 671.50 |
| 06/16/2015 | SH | Email draft Appellant's Statement and Designation of Issues on Appeal for his review prior to filing | 0.10 | $ 395.00/hr | $ 39.50 |
| 06/16/2015 | SH | Email C. Gober re filing Method of Assembling Appendix and Appellant's Issues on Appeal | 0.10 | $ 395.00/hr | $ 39.50 |
| 07/11/2015 | SH | Review Federal Rules of Appellate Procedure and Local Rules of the Eighth Circuit Court of Appeals in Preparation for Drafting Brief; draft case style and each Brief heading in conformity with same; research bases for Jurisdiction by the Eighth Circuit | 3.60 | $ 395.00/hr | $ 1,422.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/14/2015 | SH | Review record in District Court in preparation for drafting Appellant Missourians for Fiscal Accountability's Opening Brief before the Eighth Circuit Court of Appeals, including Verified Complaint, Suggestions in Support of Plaintiff's Motion for Preliminary and Permanent Injunctions, Proposed Order, District Court's Order and Opinion Granting Plaintiff's Motion for Temporary Restraining Order, Order to Show Cause Why Case Should Not Be Dismissed for Lack of Jurisdiction, Plaintiff's Answer to the Court's Order to Show Cause, Order Establishing Briefing Schedule; make notes re same; outline possible arguments derived from same | 12.70 | $ 395.00/hr | $ 5,016.50 |
| 07/15/2015 | SH | Resume reviewing record in the District Court in preparation for drafting Appellant's Opening Brief before Eighth Circuit Court of Appeals, including Order Directing Defendant to Provide Supplemental Briefing, Defendant's Response to Order Directing Defendant to Provide Supplemental Briefing, Order Establishing Briefing Schedule, Defendant's Opening Brief Pursuant to the January 8, 2015 Order Establishing Briefing Schedule, Defendant's Verified Answer, Plaintiff's Brief Pursuant to the January 8, 2015, Order Establishing Briefing Schedule, Defendant's Reply Brief Pursuant to the January 8, 2015, Order Establishing Briefing Schedule, Order and Opinion Dismissing Case Without Prejudice; make notes re same; outline possible arguments re same; begin drafting section of Opening Brief on Statement of the Case (which includes a Statement of the Facts) | 11.90 | $ 395.00/hr | $ 4,700.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/17/2015 | SH | Resume drafting section of Appellant's Opening Brief on Statement of the Case; research the Missouri Revised Statutes in search of Registration Deadlines (which were found in the requirement to file a Statement of Organization), Reporting Requirements and Reporting Deadlines for Campaign Committees and Continuing Committees for drafting of same | 6.40 | $ 395.00/hr | $ 2,528.00 |
| 07/18/2015 | SH | Review and analyze National Right to Life v Connor (Eighth Circuit) and Catholic Leadership of Texas (Fifth Circuit), Citizens United, FEC v Wisconsin Right to Life, Watchtower Bible, Thomas v Collins and other cases; begin drafting Section III of Appellant's Opening Brief on the question of Prior Restraint | 13.40 | $ 395.00/hr | $ 5,293.00 |
| 07/19/2015 | SH | Review and analyze FRAP on Extensions of Time; review and analyze Eighth Circuit Local Rules re same; Draft Stipulated Motion for Extension of Time to file Appellant's Opening Brief before the Eighth Circuit Court of Appeals; edit same | 1.80 | $ 395.00/hr | $ 711.00 |
| 07/19/2015 | SH | Email to J. Andrew Hirth of the Missouri Attorney General's Office requesting an Extension of Time to File Appellant's Opening Brief; attach Draft Stipulated Motion re same | 0.10 | $ 395.00/hr | $ 39.50 |
| 07/20/2015 | SH | Review email of J. Andrew Hirth of the Missouri Attorney General's Office granting Extension of Time and approving Stipulated Motion re same; email Draft Stipulated Motion to C. Gober and L. Parker for editing, finalizing and filing | 0.20 | $ 395.00/hr | $ 79.00 |
| 07/20/2015 | SH | Review and reply to reply email of Attorney Andy Hirth agreeing to language in Proposed Stipulated Motion for Extension of Time to file Plaintiff's opening Brief before the Eighth Circuit Court of Appeals | 0.10 | $ 395.00/hr | $ 39.50 |
| 07/20/2015 | CG | Review and revise motion for extension; emails with S. Hoersting and L. Parker re the same | 0.70 | $ 475.00/hr | $ 332.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/20/2015 | LP | Review, revise, and prepare Motion for Extension of Time to File Appellate Brief for filing | 0.50 | $ 150.00/hr | $ 75.00 |
| 07/21/2015 | SH | Resume drafting Section III of Appellant's Opening Brief in the Eighth Circuit Court of Appeals on the doctrine of Prior Restraint | 5.10 | $ 395.00/hr | $ 2,014.50 |
| 07/21/2015 | SH | Reply to email of C. Gober re timelines for drafting, editing and filing Appellant's Opening Brief | 0.10 | $ 395.00/hr | $ 39.50 |
| 07/22/2015 | SH | Email to C. Gober re J. Laurel handling the preparation of the Joint Appendix to Appellant's Opening Brief; emails with J. Laurel re procedures for creating, preparing and filing Joint Appendix, including a referral to applicable FRAP and Local Rules re same; email a caption of the case to J. Laurel re preparation of same; respond to emails from J. Laurel re same | 1.90 | $ 395.00/hr | $ 750.50 |
| 07/22/2015 | SH | Resume drafting section III of Appellant's Opening Brief on the doctrine of prior restraints; refer back to caselaw and quotations in preparing same; draft discussion of Catholic Leadership Coalition v Texas (Fifth Circuit) on the question of permissible registration requirements to further disclosure versus impermissible prior restraints | 10.20 | $ 395.00/hr | $ 4,029.00 |
| 07/22/2015 | SH | Research Consent orders between Missouri Ethics Commission and respondents on the questions of failure to file Statement(s) of Organization and failure to meet the requirement to form the committee within 30 days of an election | 2.60 | $ 395.00/hr | $ 1,027.00 |
| 07/22/2015 | CG | Emails with S. Hoersting with Joint Appendix; meet with J. Laurel re the same | 0.20 | $ 475.00/hr | $ 95.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/23/2015 | SH | Resume drafting section III of Appellant's Opening Brief, noting that Missouri statutes require all committees to terminate after the election and form anew; research cases on impermissible deterrence of speech, including Buckley v Valeo and Anderson v Celebrezze; draft section IV of Brief on the question of the blackout period precluding committee from responding to late-breaking political events; draft section V of Brief on the question of civil penalties and public reprimands chilling protected speech; begin researching the doctrine of ripeness in preparation for drafting section of Brief re same | 17.80 | $ 395.00/hr | $ 7,031.00 |
| 07/23/2015 | SH | Review, analyze and reply to emails from J. Laurel re status of preparation of the Joint Appendix | 0.90 | $ 395.00/hr | $ 355.50 |
| 07/24/2015 | SH | Research Eighth Circuit cases on de novo review of District Court rulings; research cases on Standard of Review of District Court rulings in First Amendment cases; draft Argument section I of Appellant's Opening Brief re the Standard of Review | 3.20 | $ 395.00/hr | $ 1,264.00 |
| 07/24/2015 | SH | Resume researching the ripeness doctrine, including Farm-to-Consumer Legal Defense Fund v Sebelius (N.D. Iowa), Nebraska Public Power v MidWest Energy (Eighth Circuit), Simmonds v INS (Second Circuit), Public Water Supply (Eighth Circuit) and National Right to Life PAC v Connor (Eight Circuit); begin drafting section of Appellant's Opening Brief on Constitutional Ripeness and Prudential Ripeness | 10.90 | $ 395.00/hr | $ 4,305.50 |
| 07/24/2015 | CG | Meet with J. Laurel re status of Joint Appendix | 0.30 | $ 475.00/hr | $ 142.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



## Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/25/2015 | SH | Draft discussion of National Right to Life PAC v Connor in section II of Appellant's Opening Brief on the doctrine of ripeness; draft discussion of Defendant's Verified Answer, Joint Stipulations between the Ethics Commission and other respondents, and other materials to note the extent of the record before the District Court re the extent of the Ethic's Commission's administrative enforcement policies re the blackout period; resume drafting all parts of Argument section II | 17.80 | $ 395.00/hr | $ 7,031.00 |
| 07/26/2015 | SH | Begin Drafting Summary of the Argument section of Appellant's Opening Brief | 8.40 | $ 395.00/hr | $ 3,318.00 |
| 07/27/2015 | SH | Resume drafting Appellant's Opening Brief while awaiting general comments from C. Gober on same; resume drafting Summary of the Argument section; draft Summary of the Case and Request for Oral Argument; draft Statement of the Issues; draft Conclusion section of same; select documents to be included in the Addendum to the Brief and draft Addendum section; draft Certificate of Filing and Service section of Brief; draft Certificate of Compliance and Virus Scanning section of Brief | 14.90 | $ 395.00/hr | $ 5,885.50 |
| 07/27/2015 | SH | Email to C. Gober re status of Appellant's Opening Brief, including nature of the arguments being made and of arguments yet to be made; attach partial draft Opening Brief to email | 0.50 | $ 395.00/hr | $ 197.50 |
| 07/27/2015 | SH | Review and analyze email from C. Gober re printed and bound Joint Appendix; re-review FRAP 32(b)(1) to confirm color of cover page (blue); reply re same | 0.10 | $ 395.00/hr | $ 39.50 |
| 07/27/2015 | CG | Emails with S. Hoersting re status of brief and Joint Appendix; review the finalized Joint Appendix | 0.20 | $ 475.00/hr | $ 95.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/2015 | SH | Finish drafting Argument section III of Appellant's Opening Brief on the doctrine of prior restraint, referring back to applicable statutes and caselaw; finish drafting Argument section II on the doctrine of Ripeness and the scope of the Administrative Record before the District Court at the time of the District Court's ruling | 12.90 | $ 395.00/hr | $ 5,095.50 |
| 07/28/2015 | LP | Research Local Rules and Fed. Rules of Appellate Procedure; review/revise/format Appellate brief; cite check case authorities for Appellate brief | 3.30 | $ 150.00/hr | $ 495.00 |
| 07/29/2015 | CG | Phone conferences with S. Hoersting re prior constraint and speech ban arguments | 0.40 | $ 475.00/hr | $ 190.00 |
| 07/29/2015 | SH | Send latest draft of Appellant's Opening Brief to L. Parker for inserting of Table of Contents and Table of Authorities; review and reply to emails from L. Parker re same | 0.20 | $ 395.00/hr | $ 79.00 |
| 07/29/2015 | SH | Teleconference with C. Gober re Appellant's Opening Brief on the matters of Missouri's blackout period, prior restraints and bans on independent expenditures | 0.40 | $ 395.00/hr | $ 158.00 |
| 07/29/2015 | LP | Review/revise/format changes to Appellate brief; cite check additional case authorities for Appellate Brief | 5.00 | $ 150.00/hr | $ 750.00 |
| 07/30/2015 | CG | Emails with S. Hoersting and L. Parker re revised brief and Joint Appendix; meet with L. Parker re editing process; read through all documents in Joint Appendix in preparation of editing brief | 2.20 | $ 475.00/hr | $ 1,045.00 |
| 07/30/2015 | SH | Review and reply to email of L. Parker re allocation of costs for preparation of the Joint Appendix; email L. Parker re finding and inserting Joint Appendix cites for Appellant's Opening Brief | 0.20 | $ 395.00/hr | $ 79.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



## Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| 07/30/2015 | SH | Email latest draft of Appellant's Opening Brief to L. Parker for insertion of Joint Appendix cites and editing of Tables of Contents and Authorities; email C. Gober re same | 0.10 | $ 395.00/hr | $ 39.50 |
|---|---|---|---|---|---|
| 07/30/2015 | SH | Finish drafting and revising Statement of the Case and the Statement of Facts section of Appellant's Opening Brief; finish drafting and revising Summary of the Argument section of same; revise Statement of the Issues section of Brief | 8.30 | $ 395.00/hr | $ 3,278.50 |
| 07/30/2015 | LP | Phone conference with Eighth Circuit Clerk re filing requirements | 0.10 | $ 150.00/hr | $ 15.00 |
| 07/31/2015 | SH | Edit all sections of latest Draft Appellant's Opening Brief; revise and redraft portions of same; email all edits to L. Parker | 9.10 | $ 395.00/hr | $ 3,594.50 |
| 07/31/2015 | LP | Review edits to Appellant's brief and incorporate changes; emails and phone conference with S. Hoersting re the same | 1.50 | $ 150.00/hr | $ 225.00 |
| 08/01/2015 | CG | Begin reviewing and revising appellant brief; re-read the Connor case for the same | 2.10 | $ 475.00/hr | $ 997.50 |
| 08/01/2015 | SH | Teleconference with L. Parker re edits to be made in, and citations to be researched and inserted into, Appellant's Opening Brief | 3.20 | $ 395.00/hr | $ 1,264.00 |
| 08/01/2015 | LP | Review edits to Appellant's brief and incorporate changes; emails and phone conference with S. Hoersting re the same | 5.00 | $ 150.00/hr | $ 750.00 |
| 08/02/2015 | CG | Continue reviewing and revising appellant brief; emails with S. Hoersting re status of the same and additional arguments needed | 4.30 | $ 475.00/hr | $ 2,042.50 |
| 08/02/2015 | LP | Review edits to Appellant's brief and incorporate changes; emails and phone conference with S. Hoersting re the same | 5.00 | $ 150.00/hr | $ 750.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 08/03/2015 | CG | Emails re appellant brief and final editing process | 0.20 | $ 475.00/hr | $ 95.00 |
| 08/03/2015 | SH | Review C. Gober's red-line edits to latest draft of Appellant's Opening Brief; review email of C. Gober re his impression of latest draft of Appellant's Opening Brief; reply re same; draft paragraph discussing how Missouri's black-out period can operate as a ban on noncorrupting political speech | 3.90 | $ 395.00/hr | $ 1,540.50 |
| 08/03/2015 | MN | Review, revise and provide comments regarding proposed revisions to Eighth Circuit appellate brief | 9.40 | $ 275.00/hr | $ 2,585.00 |
| 08/04/2015 | SH | Review email from M. A. Novak re edits to and suggestions for Appellant's Opening Brief; reply re same; email C. Gober and L. Parker re best method to accept or reject, and then to insert, edits and suggestions of M. A. Novak; review reply of L. Parker re same | 0.30 | $ 395.00/hr | $ 118.50 |
| 08/04/2015 | SH | Review red-line edits and margin comments of M. A. Novak to Appellant's Opening Brief; decide which accept; send edits to L. Parker for insertion into Final Opening Brief; email L. Parker on when to use the word Section or the section symbol; email seven corrected paragraphs to L. Parker; | 11.30 | $ 395.00/hr | $ 4,463.50 |
| 08/04/2015 | CG | Emails with S. Hoersting re revisions to appellant brief and editing process; phone conference with L. Parker re status of the same | 0.20 | $ 475.00/hr | $ 95.00 |
| 08/04/2015 | LP | Review edits to Appellant's brief and incorporate changes; emails and phone conference with S. Hoersting re the same | 7.00 | $ 150.00/hr | $ 1,050.00 |
| 08/04/2015 | MN | Email C. Gober and S. Hoersting re proposed revisions to Eighth Circuit appellate brief | 0.20 | $ 275.00/hr | $ 55.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| 08/05/2015 | CG | Emails with S. Hoersting and L. Parker re revisions to appellant brief and editing process; revise and finalize appellant brief; file the same; emails with Caleb Jones re the same | 3.20 | $ 475.00/hr | $ 1,520.00 |
|---|---|---|---|---|---|
| 08/05/2015 | SH | Review and analyze Deficiency Letters from Eighth Circuit Clerk of Courts; teleconference with L. Parker re same; revise Summary of Case and Request for Oral Argument section of Appellant's Opening Brief; merge Statement of the Case with (what was two sections, Statement of the Case and Statement of the Facts); email C. Gober and L. Parker re same; review, analyze and reply to emails from C. Gober and L. Parker re same | 4.40 | $ 395.00/hr | $ 1,738.00 |
| 08/05/2015 | SH | Review and edit Final Draft of Appellant's Opening Brief in the Eighth Circuit Court of Appeals; send all edits to L. Parker for insertion into Brief; teleconference with L. Parker re final citations to be located and inserted into Brief | 4.00 | $ 395.00/hr | $ 1,580.00 |
| 08/05/2015 | SH | Email L. Parker re filing-out and filing electronically a form Notice of Appearance for S. Hoersting in the Eighth Circuit Court of Appeals; review filled-out form prior to filing | 0.10 | $ 395.00/hr | $ 39.50 |
| 08/06/2015 | CG | Emails with L. Parker re address and related issues with ECF filings | 0.10 | $ 475.00/hr | $ 47.50 |
| 08/07/2015 | LP | Prepare paper copies of Appellate Brief and Appendices for mailing to Court and opposing counsel | 1.50 | $ 150.00/hr | $ 225.00 |
| 09/02/2015 | CG | Emails with S. Hoersting re the State's request for extension | 0.10 | $ 475.00/hr | $ 47.50 |
| 09/02/2015 | SH | Review email from Assistant Attorney J. Andrew Hirth re consent to an extension of time; check with C. Gober re same; reply to J. A. Hirth with consent | 0.10 | $ 395.00/hr | $ 39.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 09/24/2015 | SH | Review email from J. Andrew Hirsh of the Attorney General's Office re request for consent to file new Joint Appendix; request copy of hearing transcript to be added to Joint Appendix; reply and consent to same | 0.30 | $ 395.00/hr | $ 118.50 |
| 10/06/2015 | CG | Emails with S. Hoersting re the State's request for extension to file response | 0.10 | $ 475.00/hr | $ 47.50 |
| 10/24/2015 | SH | Review casefile and Opening Brief, after a three month hiatus, in preparation for drafting Reply Brief to Eighth Circuit Court of Appeals. | 1.10 | $ 395.00/hr | $ 434.50 |
| 10/26/2015 | CG | Review appellant's response brief | 0.50 | $ 475.00/hr | $ 237.50 |
| 11/03/2015 | CG | Review request for extension of time to file reply brief; email with S. Hoersting re the same | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/03/2015 | SH | Draft Motion for Extension of Time to file Reply Brief; email same to C. Gober for comment; review comments of C. Gober re same; draft cover email and attach Draft Motion to J. Andrew Hirth of the Missouri Attorney General's office for consent; review consent of same; email Motion to L. Parker for electronic filing. | 1.40 | $ 395.00/hr | $ 553.00 |
| 11/04/2015 | SH | Email L. Parker re status of Motion for Extension of Time; review reply re same. | 0.10 | $ 395.00/hr | $ 39.50 |
| 11/09/2015 | SH | Review order from Eighth Circuit Court of Appeals re screening case for Oral Argument. | 0.10 | $ 395.00/hr | $ 39.50 |
| 11/16/2015 | SH | Copy existing case style from Appellant's (Opening) Brief, redraft title; copy Certificates of Compliance and of Service; review FRAP Rules 28, 31, 32 as well as Eight Circuit Local Rules re length, format and cover color of Reply Brief. | 1.10 | $ 395.00/hr | $ 434.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/16/2015 | SH | Review Appellee's Brief on Mootness and Ripeness; Draft section of Reply Brief on the question of Mootness; Adapt portions of Appellant's (Opening) Brief to begin drafting section II of Draft Reply Brief ("The Case is Ripe, Prudentially and Constitutionally"). | 4.10 | $ 395.00/hr | $ 1,619.50 |
| 11/17/2015 | SH | Review Appellee's Brief section on the Catholic Leadership of Texas opinion; adapt sections of the Appellant's (Opening) Brief to draft section III of Draft Reply Brief ("30-Day Provision...is a Prior Restraint"); use portions of Opening Brief to draft section III. B., explaining how the record below shows the district court was presented with a fully developed record. | 5.80 | $ 395.00/hr | $ 2,291.00 |
| 11/19/2015 | CG | Emails with L. Parker re oral argument scheduling notice; review and revise the same | 0.20 | $ 475.00/hr | $ 95.00 |
| 11/20/2015 | SH | Research the Abstention Doctrine (Pullman) and the Selective Incorporation Doctrine (Gitlow v. New York) in preparation for drafting the ripeness section of the Reply Brief | 0.40 | $ 395.00/hr | $ 158.00 |
| 11/20/2015 | SH | Draft Statement of the Case for Purposes of the Reply Brief section of Draft Reply Brief | 0.90 | $ 395.00/hr | $ 355.50 |
| 11/20/2015 | SH | Adapt the Summary of the Argument section from the Appellant's (Opening) Brief to use in the Summary of the Argument section for the Draft Reply Brief; draft footnote 1. | 2.90 | $ 395.00/hr | $ 1,145.50 |
| 11/21/2015 | SH | Review section of Appellee's Brief on nature of the penalty in Missouri; Draft section III. C. of Draft Reply Brief ("Missouri's Penalty Need Not Be Criminal..."); adopt Conclusion section from Appellant's Opening Brief for Conclusion section in Reply Brief. | 1.40 | $ 395.00/hr | $ 553.00 |
| 11/21/2015 | SH | Begin editing and finalizing all sections of Draft Reply Brief. | 3.20 | $ 395.00/hr | $ 1,264.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2015 | CG | Emails with L. Parker re revisions to reply brief | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/22/2015 | SH | Continue editing and finalizing Draft Reply Brief; email same to L. Parker and C. Gober | 1.30 | $ 395.00/hr | $ 513.50 |
| 11/23/2015 | CG | Review, revise, and finalize reply brief; emails with L. Parker and S. Hoersting re the same | 3.20 | $ 475.00/hr | $ 1,520.00 |
| 11/23/2015 | SH | Review and analyze email question posed by C. Gober with regard to Final Draft Reply Brief; reply to concerns re same. | 0.40 | $ 395.00/hr | $ 158.00 |
| 11/23/2015 | LP | Review, revise, citation check, and prepare Appellant Reply Brief for filing; file the same with the Eighth Circuit Court of Appeals | 7.00 | $ 150.00/hr | $ 1,050.00 |
| 11/23/2015 | SH | Draft two additional footnotes for Draft Reply Brief (one on the the Commission "accepting" late-filed Statements of Organization, and the other on additional factual differences between the NRLPAC in Connor and the MFA in this case); review and analyze comments of C. Gober on Draft Reply Brief; finalize and edit Draft Reply Brief in consideration of same. | 3.30 | $ 395.00/hr | $ 1,303.50 |
| 11/24/2015 | CG | Emails with L. Parker re ECF notification and acceptance of brief | 0.10 | $ 475.00/hr | $ 47.50 |
| 12/08/2015 | SH | Review and analyze email from C. Gober re paper copies of Reply Brief; follow up with L. Parker re same. | 0.10 | $ 395.00/hr | $ 39.50 |
| 12/08/2015 | SH | Review notice from the Court re paper copies of Reply Brief; review email from L. Parker re same; reply re same. | 0.20 | $ 395.00/hr | $ 79.00 |
| 12/08/2015 | CG | Phone conference and email with L. Parker re paper copy of reply brief | 0.10 | $ 475.00/hr | $ 47.50 |
| 12/08/2015 | LP | Prepare paper copies of Reply brief for mailing to Court and opposing counsel | 1.00 | $ 150.00/hr | $ 150.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2015 | LP | Prepare correspondence to Clerk of Court and opposing counsel re paper copies of Reply brief | 0.20 | $ 150.00/hr | $ 30.00 |
| 01/08/2016 | CG | Emails with S. Hoersting re oral argument scheduling | 0.20 | $ 475.00/hr | $ 95.00 |
| 01/09/2016 | CG | Emails with co-counsel re oral argument scheduling | 0.10 | $ 475.00/hr | $ 47.50 |
| 01/11/2016 | SH | Call Clerk of the Eighth Circuit re requires to appear before the Court in oral argument; find and process application for admission to Eighth Circuit Court of Appeals; email L. Parker requirements for same; mail completed form to L. Parker. | 0.30 | $ 395.00/hr | $ 118.50 |
| 01/12/2016 | SH | Review reply from L. Parker re my admission to Eighth Circuit. | 0.10 | $ 395.00/hr | $ 39.50 |
| 01/26/2016 | SH | Receive telephone call from Clerk of the Eighth Circuit Court of Appeals informing me my sponsorship for admittance to the Eighth Circuit is incorrect; email C. Jones re same. | 0.30 | $ 395.00/hr | $ 118.50 |
| 01/26/2016 | SH | Review and reply to emails with C. Jones re admission to Eighth Circuit Court of Appeals. | 0.20 | $ 395.00/hr | $ 79.00 |
| 01/27/2016 | SH | Find (second) Application From to Eighth Circuit Court of Appeals; fill-out same; travel with same to Notary Public; obtain signature and return; .pdf same; email same to C. Jones with a cover email containing instructions for sponsor's signature and filing; review email of C. Jones re signature of sponsor; review Application Form to answer question; reply re same. | 1.90 | $ 395.00/hr | $ 750.50 |
| 01/27/2016 | SH | Review and reply to follow-up emails from C. Gober and C. Jones re finalizing Hoersting application to the Eighth Circuit Court of Appeals. | 0.20 | $ 395.00/hr | $ 79.00 |
| 01/27/2016 | CG | Emails with S. Hoersting and C. Jones re Hoersting's 8th Circuit admission | 0.10 | $ 475.00/hr | $ 47.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2016 | SH | Research mailing address to Eight Circuit Court of Appeals; include same, with instructions, in an email to C. Jones re Hoersting Application to Eighth Circuit. | 0.10 | $ 395.00/hr | $ 39.50 |
| 01/29/2016 | SH | Follow-up with C. Jones re Admission to Eighth Circuit Court of Appeals. | 0.10 | $ 395.00/hr | $ 39.50 |
| 01/29/2016 | SH | Review email from L. Parker re Oral Argument Order; reply re same. | 0.10 | $ 395.00/hr | $ 39.50 |
| 02/06/2016 | SH | Review the following documents in preparation for Argument before the Eighth Circuit Court of Appeals: Brief of Appellant; Brief of Appellee; Reply Brief of Appellant; District Court's Order and Opinion Dismissing Case as Unripe; District Court's Order Granting Plaintiff's Temporary Restraining Order; District Court Order Seeking Supplemental Briefing. | 6.90 | $ 395.00/hr | $ 2,725.50 |
| 02/06/2016 | CG | Emails with S. Hoersting re travel and argument prep | 0.10 | $ 475.00/hr | $ 47.50 |
| 02/09/2016 | SH | Travel from 700 E Schantz Ave, Dayton, OH to DAY airport; travel from DAY to CHARLOTTE; from CHARLOTTE to KCI airport; Shuttle from KCI to Crowne Plaza Hotel | 8.20 | $ 395.00/hr | $ 3,239.00 |
| 02/09/2016 | SH | Refer back to pleadings and draft argument to be presented to Eighth Circuit Court of Appeals. | 6.20 | $ 395.00/hr | $ 2,449.00 |
| 02/10/2016 | SH | Resume drafting argument to be presented before Eighth Circuit Court of Appeals; begin practicing the argument out loud and continue to edit same; present argument to C. Gober; teleconference with C. Gober and a former judicial clerk to the Eighth Circuit Court of Appeals; refocus the argument to more fully address ripeness, including reviewing District Court's Order dismissing Case as not ripe; address all arguments in District Court Order re same; distinguish same from record in National Right to Life v. Connor (8th Cir. 2003); practice argument with changes. | 15.10 | $ 395.00/hr | $ 5,964.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2016 | CG | Travel from Austin to Kansas City; review previously filed briefs in the matter during transit; meet with S. Hoersting to prep for oral argument | 6.20 | $ 475.00/hr | $ 2,945.00 |
| 02/11/2016 | CG | Meet with S. Hoersting to prep in advance of for oral argument; travel to courthouse; travel from Kansas City to Austin (1.5 hours of non-workable travel time) | 3.20 | $ 475.00/hr | $ 1,520.00 |
| 02/11/2016 | SH | Continue rehearsing Oral Argument before traveling to Eighth Circuit Court House. | 2.50 | $ 395.00/hr | $ 987.50 |
| 02/11/2016 | SH | Travel to Eighth Circuit Court of Appeals; check in with Bailiff; review notes in Court Room while other cases are being presented; present Oral Argument to Judges of the Eighth Circuit Court of Appeals. | 2.50 | $ 395.00/hr | $ 987.50 |
| 02/11/2016 | SH | Travel from Restaurant to KCI; fly from KCI to PHILADELPHIA; fly from PHILADELPHIA to DAY airport; collect baggage; travel from DAY airport to 700 E Schantz Ave, Dayton, OH 45419. | 6.50 | $ 395.00/hr | $ 2,567.50 |
| 07/29/2016 | CG | Review 8th Circuit's court order | 0.20 | $ 475.00/hr | $ 95.00 |
| 07/29/2016 | SH | Review notice from Eighth Circuit Court of Appeals; notify team re win on the matter of ripeness; teleconference with L. Parker re same; review message of C. Gober re press release; review and redraft press release; email same to T. McCurry. | 2.20 | $ 395.00/hr | $ 869.00 |
| 08/01/2016 | SH | Review Opinion and Order of Eighth Circuit Court of Appeals re ripeness of MFA's claims; research what it means for the Appellate Court to remand in this situation; review FRAP 36 and FRAP 40 through 48 re same; review Why the Appellate Mandate Matters, by Jennifer Swize re same. | 2.00 | $ 395.00/hr | $ 790.00 |
| 08/22/2016 | SH | Review Mandate from Eighth Circuit Court of Appeals; draft email to C. Gober and L. Parker re same. | 0.20 | $ 395.00/hr | $ 79.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/2016 | CG | Review court order re briefing schedule; emails with S. Hoersting re the same and summary judgment strategy | 0.20 | $ 475.00/hr | $ 95.00 |
| 09/09/2016 | SH | Review and reply to email of C. Gober; review Order of District Court; draft email to Andrew Hirth re Proposed Briefing Schedule. | 0.60 | $ 395.00/hr | $ 237.00 |
| 09/15/2016 | SH | Email Andrew Hirth re Proposed Briefing Schedule; review reply email of Andrew Hirth re same; check calendar status with C. Gober; finalize Schedule with Andrew Hirth. | 0.70 | $ 395.00/hr | $ 276.50 |
| 09/16/2016 | CG | Emails with S. Hoersting re court's scheduling order and proposed briefing schedule | 0.20 | $ 475.00/hr | $ 95.00 |
| 09/20/2016 | SH | Adjust dates for Proposed Briefing Schedule with Andrew Hirth. | 0.20 | $ 395.00/hr | $ 79.00 |
| 09/21/2016 | SH | Review Local Rules in Western District of Missouri, specifically Rules 7.0, 16.1 and 56.1; find relevant documents in case file; Draft Joint Proposed Briefing Schedule; edit same; email same to opposing counsel Andrew Hirth for his review. | 2.30 | $ 395.00/hr | $ 908.50 |
| 09/21/2016 | SH | Begin reviewing file and pleadings in preparation for Opening Suggestions in Support of Summary Judgment. | 4.40 | $ 395.00/hr | $ 1,738.00 |
| 09/22/2016 | SH | Resend Proposed Briefing Schedule to Andrew Hirth with a cover email. | 0.10 | $ 395.00/hr | $ 39.50 |
| 09/22/2016 | SH | Review approval of Andrew Hirth; make final edits to Proposed Briefing Schedule; email same to L. Parker for filing. | 0.50 | $ 395.00/hr | $ 197.50 |
| 09/23/2016 | SH | Draft message to L. Parker, and review reply, re status of filing Joint Proposed Briefing Schedule; resume reviewing file in preparation for Opening Brief of Suggestions in Support of Summary Judgment. | 1.20 | $ 395.00/hr | $ 474.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 09/23/2016 | SH | Resume reviewing documents in preparation for drafting Opening Brief of Suggestions in Support of Summary Judgment. | 2.00 | $ 395.00/hr | $ 790.00 |
| 09/23/2016 | SH | Review and analyze message from C. Gober re number of briefs; review and reply to email of L. Parker re filing. | 0.20 | $ 395.00/hr | $ 79.00 |
| 09/23/2016 | SH | Review, analyze and reply to messages from L. Parker re filing of Joint Proposed Briefing Schedule. | 0.20 | $ 395.00/hr | $ 79.00 |
| 10/01/2016 | SH | Resume reviewing pleadings in preparation for drafting Plaintiff's Opening Suggestions in Support of Summary Judgment. | 2.10 | $ 395.00/hr | $ 829.50 |
| 10/03/2016 | SH | Review email from L. Parker re ECF Notifications; review Scheduling Order and Briefing Schedule and place relevant dates on calendar. | 0.20 | $ 395.00/hr | $ 79.00 |
| 10/03/2016 | SH | Review and reply to email from L. Parker re CM/ECF; reply re same; calendar dates related to Scheduling Order and Briefing Schedule. | 0.20 | $ 395.00/hr | $ 79.00 |
| 10/04/2016 | SH | Review reply from L. Parker re Pro Hac Vice requirements; reply re same. | 0.10 | $ 395.00/hr | $ 39.50 |
| 10/10/2016 | SH | Review documents and pleadings in file in preparation for drafting Opening Suggestions in Support of Summary Judgment; review Local Rules re page limits and formatting of Opening Suggestions. | 7.90 | $ 395.00/hr | $ 3,120.50 |
| 10/11/2016 | SH | Begin adapting and redrafting sections from our Briefs in the Eighth Circuit Court of Appeals to be used in Plaintiff's Opening Suggestions in Support of Summary Judgment. | 8.90 | $ 395.00/hr | $ 3,515.50 |
| 10/11/2016 | SH | Review, analyze and reply to emails from L. Parker re Caleb M. Jones assisting with Moving a Pro Hac Vice admission. | 0.20 | $ 395.00/hr | $ 79.00 |


**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2016 | SH | Review email from L. Parker re status of Pro Hac Vice Admission. | 0.10 | $ 395.00/hr | $ 39.50 |
| 10/13/2016 | SH | Resume Drafting Opening Suggestions in Support of Summary Judgment. | 9.70 | $ 395.00/hr | $ 3,831.50 |
| 10/17/2016 | SH | Finalize Plaintiff's Opening Suggestions in Support of Motion for Summary Judgment; review Standard of Review under FRCP 56 and Declaratory Judgment in the Western District of Missouri; finalize all citations, including to the proceedings in the Eighth Circuit Court of Appeals; edit same; email same to L. Parker and C. Gober for review, editing, insertion of Tables, and electronic filing. | 11.10 | $ 395.00/hr | $ 4,384.50 |
| 10/18/2016 | SH | Review, analyze and reply to email from T. McCurry re Local Rules relating to overall length of the Suggestions in Support of Motion for Summary Judgment, and the length of the Undisputed Statement of Facts. | 0.10 | $ 395.00/hr | $ 39.50 |
| 10/18/2016 | CG | Emails with T. McCurry and L. Parker re local rules and status of brief and tables of contents and authorities | 0.30 | $ 475.00/hr | $ 142.50 |
| 10/18/2016 | LP | Review, revise, and citation check Brief in Support of Motion for Summary Judgment; research and call with District Clerk regarding length limitations | 4.80 | $ 150.00/hr | $ 720.00 |
| 10/18/2016 | TM | Review and edit memo on MSJ; research length requirements of same | 4.70 | $ 395.00/hr | $ 1,856.50 |
| 10/19/2016 | CG | Review and revise brief in support of Motion for Summary Judgment | 0.90 | $ 475.00/hr | $ 427.50 |
| 10/19/2016 | TM | Review and edit motion for summary judgment | 0.60 | $ 395.00/hr | $ 237.00 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2016 | CG | Review, revise, and finalize brief in support of Motion for Summary Judgment; review Motion and Proposed Order; emails with L. Parker and T. McCurry re the same | 0.80 | $ 475.00/hr | $ 380.00 |
| 10/20/2016 | SH | Teleconference w/ L. Parker re final edits to Suggestions in Support of Motion for Summary Judgment before filing; draft a Motion for Summary Judgment; email same to L. Parker. | 0.80 | $ 395.00/hr | $ 316.00 |
| 10/20/2016 | TM | Review draft motion; phone conference re same | 0.50 | $ 395.00/hr | $ 197.50 |
| 10/20/2016 | LP | Finalize Brief in Support for Summary Judgment; finalize exhibits; draft proposed order; revise and finalize Motion for Summary Judgment; file Motion, Brief, Exhibits, and proposed order with the Court | 4.20 | $ 150.00/hr | $ 630.00 |
| 10/22/2016 | CG | Review court correspondence re proposed order; email with L. Parker re the same | 0.10 | $ 475.00/hr | $ 47.50 |
| 10/24/2016 | LP | Transmit proposed order to Judge's clerk per court's correspondence | 0.10 | $ 150.00/hr | $ 15.00 |
| 10/28/2016 | SH | Begin reviewing Government's Suggestions in Support of Motion for Summary Judgment; begin crafting arguments in response to same. | 6.10 | $ 395.00/hr | $ 2,409.50 |
| 10/31/2016 | SH | Resume crafting a response to the Government's arguments in its Suggestions in Support of MSJ; review and reply to message of C. Gober re timing of same. | 8.30 | $ 395.00/hr | $ 3,278.50 |
| 11/01/2016 | SH | Resume drafting Suggestions in Response to Government's Motion for Summary Judgment. | 3.70 | $ 395.00/hr | $ 1,461.50 |
| 11/02/2016 | SH | Finalize Brief in Response to Government's Suggestions in Support of Summary Judgment; edit same; check all citations; email same to L. Parker for Tables and editing; email same to C. Gober and T. McCurry for review. | 11.90 | $ 395.00/hr | $ 4,700.50 |



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2016 | SH | Determine whether a violation of Section 130.011(8) can be a crime; review Eighth Circuit Opinion re same; draft section for Response Brief re same; email language to Team. | 0.40 | $ 395.00/hr | $ 158.00 |
| 11/03/2016 | TM | Review and edit response brief draft | 2.20 | $ 395.00/hr | $ 869.00 |
| 11/07/2016 | SH | Review email from T. McCurry re page limits on Plaintiff's Suggestions in Opposition to Government's (Cross) Motion for Summary Judgment; reply re same. | 0.10 | $ 395.00/hr | $ 39.50 |
| 11/07/2016 | TM | Review and edit response brief; research locals rules to ensure compliance | 1.80 | $ 395.00/hr | $ 711.00 |
| 11/07/2016 | CG | Review, revise, and finalize response brief for filing; email with Caleb Jones, T. McCurry, and L. Parker re the same | 1.20 | $ 475.00/hr | $ 570.00 |
| 11/17/2016 | SH | Review email from C. Gober re schedule to draft and file Reply Brief, given the approaching Thanksgiving Holiday; review reply of T. McCurry re same; reply to all re same. | 0.30 | $ 395.00/hr | $ 118.50 |
| 11/17/2016 | CG | Emails with S. Hoersting, T. McCurry, and L. Parker re deadline for filing reply brief and internal work process to draft the same | 0.10 | $ 475.00/hr | $ 47.50 |
| 11/18/2016 | TM | Email and scheduling re drafting of reply brief | 0.30 | $ 395.00/hr | $ 118.50 |
| 11/21/2016 | SH | Resume reviewing Government's Suggestions in Opposition to Plaintiff's Motion for Summary Judgment in preparation for drafting Reply Suggestions in Support of Summary Judgment; review Missouri statutes re Statements of Organizations and Reporting deadlines; draft email to Team re how to address the Government's "10-days" argument; review reply of T. McCurry re same. | 9.30 | $ 395.00/hr | $ 3,673.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



## Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| 11/21/2016 | TM | Research and draft content regarding constitutional arguments | 2.50 | $ 395.00/hr | $ 987.50 |
|---|---|---|---|---|---|
| 11/22/2016 | SH | Draft Reply Suggestions in Support of Motion for Summary Judgment; update Team on status of Brief; review replies re same. | 15.10 | $ 395.00/hr | $ 5,964.50 |
| 11/22/2016 | CG | Communications with S. Hoersting, T. McCurry, and L. Parker re status of reply brief and division of labor; phone conference with T. McCurry re the same | 0.40 | $ 475.00/hr | $ 190.00 |
| 11/23/2016 | CG | Emails with T. McCurry, K. Blackistone, and L. Parker re draft of reply brief and revision process | 0.20 | $ 475.00/hr | $ 95.00 |
| 11/23/2016 | SH | Resume drafting Reply Suggestions in Support of Motion for Summary Judgment; finalize brief; enter citations for brief; edit same; email same to Team for edits, redrafting, formatting and Tables; respond to requests of L. Parker for additional citations. | 6.70 | $ 395.00/hr | $ 2,646.50 |
| 11/23/2016 | KB | Research state filing deadline issues for inclusion in response brief; confer with C Gober and S Hoersting re same; draft and revise reply brief | 3.10 | $ 395.00/hr | $ 1,224.50 |
| 11/23/2016 | LP | Review, revise, and citation check MFA's Reply Brief in Support of Motion for Summary Judgment | 4.10 | $ 150.00/hr | $ 615.00 |
| 11/23/2016 | TM | Review draft reply brief; emails re same | 0.50 | $ 395.00/hr | $ 197.50 |
| 11/24/2016 | TM | Review reply brief | 1.50 | $ 395.00/hr | $ 592.50 |
| 11/25/2016 | TM | Review, revise, edit reply brief; research and verify citations | 3.40 | $ 395.00/hr | $ 1,343.00 |
| 11/26/2016 | CG | Review and revise draft reply brief; emails with S. Hoersting re two arguments to amend | 1.10 | $ 475.00/hr | $ 522.50 |
| 11/26/2016 | SH | Review and analyze message from C. Gober re edited sentences in Draft Reply Suggestions; review same in latest version of Draft; reply re same. | 0.30 | $ 395.00/hr | $ 118.50 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



## Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| 11/28/2016 | CG | Re-read the State's response brief to ensure all arguments are address in MFA's reply brief; revise and reorder the reply brief; phone conferences with S. Hoersting and T. McCurry re the same; meet with L. Parker re final edits and tables | 2.80 | $ 475.00/hr | $ 1,330.00 |
|---|---|---|---|---|---|
| 11/28/2016 | SH | Review and analyze email message from C. Gober re status of brief; teleconference with C. Gober re same; review latest version of Reply Suggestions in Support of MSJ; reply to C. Gober re same. | 0.70 | $ 395.00/hr | $ 276.50 |
| 11/28/2016 | SH | Quickly review Government's Reply Suggestions in Opposition to Plaintiff's Motion for Summary Judgment. | 0.10 | $ 395.00/hr | $ 39.50 |
| 11/28/2016 | LP | Finalize Reply Brief in Support of Motion for Summary Judgment | 2.60 | $ 150.00/hr | $ 390.00 |
| 11/28/2016 | TM | Review and revise reply brief; emails with L. Parker re same | 2.10 | $ 395.00/hr | $ 829.50 |

## In Reference To: Missouri Ethics Committee Litigation (Expenses)

| Date | By | Expenses | Amount |
|---|---|---|---|
| 10/30/2014 | CG | **Miscellaneous:** Pacer October legal research | $ 10.20 |
| 10/30/2014 | CG | **Miscellaneous:** Filing Fee | $ 400.00 |
| 11/17/2014 | NF | **Miscellaneous:** Special Delivery invoice 465465 re service on Natalia Ashley | $ 146.00 |
| 11/17/2014 | CG | **Miscellaneous:** Pacer November legal research charges | $ 9.50 |
| 02/17/2015 | CG | **Miscellaneous:** Pacer charges - last quarter of 2014 | $ 20.50 |
| 05/27/2015 | CG | **Filing Fees:** Filing fee - Notice of Appeal | $ 505.00 |
| 07/23/2015 | CG | **Printing/Copying:** Staples Receipt - Bates stamping for Joint Appendix to be filed with Court | $ 30.03 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

| 07/27/2015 | CG | **Printing/Copying:** Office Max receipt - binding/cover for Joint Appendix for 8th Circuit | $ 121.65 |
|---|---|---|---|
| 08/07/2015 | LP | **Mailing/Postage:** Postage to mail 10 Appellate Briefs and 3 Joint Appendices to 8th Circuit Court of Appeals | $ 43.35 |
| 08/07/2015 | LP | **Printing/Copying:** Office Max binding 12 copies of Appellate Brief | $ 122.51 |
| 08/08/2015 | LP | **Mailing/Postage:** Priority mail Appellate Brief and Joint Appendix to opposing counsel | $ 11.30 |
| 12/08/2015 | LP | **Printing/Copying:** Staples copying and binding receipt - 13 bound copies of Reply brief on grey coverstock for court and opposing counsel | $ 102.79 |
| 12/09/2015 | LP | **Mailing/Postage:** Postage to send 10 bound copies of Reply brief to Eighth Circuit Court of Appeals | $ 12.65 |
| 02/07/2016 | SH | **Travel/Lodging:** Expedia receipt - Kansas City hotel for Steve Hoersting - Oral Argument (2/9 to 2/11) | $ 421.82 |
| 02/07/2016 | SH | **Travel/Lodging:** American Airlines flight to Kansas City for Oral Argument | $ 1,372.69 |
| 02/11/2016 | SH | **Meal:** Meals in the days before, and including the day of, Oral Argument before the Eighth Circuit Court of Appeals. | $ 81.37 |
| 02/11/2016 | SH | **Travel/Lodging:** (Airfare is listed in a separate expense entry); Shuttle from KCI ariport to Crowne Plaza Hotel ($22.00); long term parking at DAY airport ($42.00). | $ 64.00 |
| 02/11/2016 | CG | **Travel/Lodging:** ABIA Parking - Feb 10-11, 2016 - Oral Argument | $ 44.00 |
| 02/11/2016 | CG | **Travel/Lodging:** Crowne Plaza receipt - Kansas City Oral Argument - C Gober | $ 257.66 |
| 02/11/2016 | SH | **Travel/Lodging:** Crowne Plaza receipt - S Hoersting meals at oral argument in Kansas City | $ 54.78 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---:|:---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

| | |
|---:|:---|
| **Total Hours** | 643.70 hrs |
| **Total Service** | $ 245,430.50 |
| **Total Expenses** | $ 3,831.80 |
| **Total Invoice Amount** | $ 249,262.30 |
| **Balance (Amount Due)** | **$ 249,262.30** |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

---

### Receipts:

**Date:** 2/7/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** Expedia receipt - Kansas City hotel for Steve Hoersting - Oral Argument (2/9 to 2/11)

---

**Lisa Parker**

| | |
|---|---|
| **From:** | Steve Hoersting |
| **Sent:** | Sunday, February 7, 2016 8:05 AM |
| **To:** | Lisa Parker |
| **Subject:** | FW: Expedia travel confirmation - Feb 9 - (Itin# 1127223924313) |

New hotel.

Update on travel, pending.

Steve

**From:** Expedia Travel Confirmation [mailto:Confirmation@ExpediaConfirm.com]
**Sent:** Sunday, February 07, 2016 8:04 AM
**To:** Steve Hoersting <sh@gobergroup.com>
**Subject:** Expedia travel confirmation - Feb 9 - (Itin# 1127223924313)

- 
- 

## Thanks!

Your reservation is confirmed. No need to call to reconfirm.

Crowne Plaza Kansas City Downtown, Kansas City

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---:|:---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Crowne Plaza Kansas City Downtown, Kansas City

Feb 9, 2016 - Feb 11, 2016

See live updates to your itinerary, anywhere and anytime.

See your itinerary

Or get the free app:

1

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

## Hotel overview

**Crowne Plaza Kansas City Downtown**
1301 Wyandotte St, Kansas City, MO, 64105
United States of America
View hotel          Map and directions

**Reservation dates**
Feb 9, 2016 - Feb 11, 2016

**Itinerary #**
1127223924313

## Check-in and Check-out

**Check-in time**
3 PM

**Check-out time**
Noon

**Check-in policies**
Minimum check-in age is 18
Check-in time starts at 3 PM
Your room will be guaranteed for late arrival.

## Room

**Guests**
Reserved for Stephen M Hoersting
1 adult

**Room**

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Room, 2 Double Beds, Non Smoking

Price summary

**Price breakdown**
Room price: $421.82

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---:|:---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

2 nights: $179.00 /night
Taxes & fees : $63.82

**Total $421.82**
Collected by Expedia

Unless specified otherwise, rates are quoted in US dollars.

---

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

Valet parking fee: USD 20 per day
A late check-out fee will be charged
Rollaway bed fee: USD 20 per night

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

---

## Rules and restrictions

**Cancellations and changes**
We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the hotel charges such fees in accordance with its own policies, the cost will be passed on to you. Crowne Plaza Kansas City Downtown charges the following cancellation and change fees.

Cancellations or changes made after 6:00 PM (Central Daylight Time (US & Canada)) on Feb 7, 2016 or no-shows are subject to a hotel fee equal to the first

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

night's rate plus taxes and fees.

**Pricing and Payment**
**Hotel fees**
The price above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

**Pricing**

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Your credit card is charged the total cost at time of purchase. Prices and room availability are not guaranteed until full payment is received.

Some hotels request that we wait to submit guest names until 7 days prior to check in. In such a case, your hotel room is reserved, but your name is not yet on file with the hotel.

**Guest Charges and Room Capacity**
Base rate is for 2 guests.

Total maximum number of guests per room/unit is 4.

Maximum number of adults per room/unit is 4.

Maximum number of children per room/unit is 3.

This property considers guests aged 17 and under, at time of travel, to be children.

Availability of accommodation in the same property for extra guests is not guaranteed.

The fee for extra adults is $15.00 per person.

More help

**About the Hotel**
For special requests or questions about the property, please call the hotel directly at
Tel: 1 (816) 474-6664, Fax: 1 (816) 474-0424

**About your Reservation**

Visit our Customer Support page.

Call us at 1-877-261-3523.

For faster service, mention **itinerary #1127223924313**

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Complete your trip

4

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Avoid the stress of traffic!**
Let someone else do the driving
Get a ride

**Make it fun!!**
Explore activities in Kansas City
Get activities

**How will you get there?**
Find exclusive low-cost fares with major
airlines
Book your flight

Explore Kansas City with your own set
of wheels
Rent a car

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are viewing this transactional email based on a recent booking or account-related update on Expedia.

© 2015 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, Best Price Guarantee, Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.
(EMID: PT-ETM-ENSPC-teid1.0-issu2-testX-lang1033-verX-mcidX-segaX-segbX-segmX-key-paid)(MD: 20160207080345)(EPID: X)(ETID: 1166973)

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

5

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Date:** 2/7/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** American Airlines flight to Kansas City for Oral Argument

---

**Lisa Parker**

| | |
|---|---|
| **From:** | Steve Hoersting |
| **Sent:** | Monday, February 8, 2016 10:12 AM |
| **To:** | Lisa Parker |
| **Subject:** | FW: E-Ticket Confirmation-VUTEIE 09FEB |

Here, unfortunately, is the new ticket price.

The old one is less,

Steve

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Sunday, February 07, 2016 10:40 AM
**To:** Steve Hoersting <sh@gobergroup.com>
**Subject:** E-Ticket Confirmation-VUTEIE 09FEB

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

1

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Ticket Issued: Feb 7, 2016

## Stephen M Hoersting,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

To receive updated flight status notifications, please visit www.aa.com/notifications.

**For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

2

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |



Record Locator **VUTEIE**

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 5328 | DAYTON<br>TUE 09FEB<br>5:35 AM | CHARLOTTE<br>7:02 AM | W |

OPERATED BY PSA AIRLINES AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Stephen Hoersting — Economy

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1906 | CHARLOTTE<br>TUE 09FEB<br>7:45 AM | KANSAS CITY INTL<br>9:25 AM | W |

Stephen Hoersting Seat 16C — Economy

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American Airlines | 4472 | KANSAS CITY INTL<br>THU 11FEB<br>4:17 PM | PHILADELPHIA<br>7:52 PM | L |

OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Stephen Hoersting Seat 17C — Economy

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 5204 | PHILADELPHIA<br>THU 11FEB<br>8:50 PM | DAYTON<br>10:36 PM | L |

OPERATED BY PSA AIRLINES AS AMERICAN EAGLE



**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187

**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |



CHECK-IN WITH AMERICAN EAGLE

Stephen Hoersting          Economy

3

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
| --- | --- |
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |



| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket-Total |
| --- | --- | --- | --- | --- |
| | 0012321298004 | 1236.27 | 136.42 | 1372.69 |
| Stephen Hoersting | | | | |
| Stephen Hoersting - Additional Fare Collection 526.99 | | | | |

| Additional Services | Date | Currency | Amount |
| --- | --- | --- | --- |
| External Reservation Handling Service | | USD | 25.00 |
| Ticket Change | 07 FEB 16 | USD | 200.00 |
| Exchange, Visa XXXXXXXXXXXXX0499 | | | |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -DAYMCI-No free checked bags/ American Airlines 1STCHECKED BAG FEE-DAYMCI-USD25.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-DAYMCI-USD35.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS BAG ALLOWANCE -MCIDAY-No free checked bags/ American Airlines 1STCHECKED BAG FEE-MCIDAY-USD25.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-MCIDAY-USD35.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS

CARRY ON ALLOWANCE DAYCLT CLTMCI MCIPHL PHLDAY-02 Pieces/ American Airlines 01/SMALL PERSONAL ITEM 01/UP TO 45 LINEAR INCHES/115 LINEAR CENTIMETERS ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY EMBARGOES-APPLY TO EACH PASSENGER DAYCLT CLTMCI MCIPHL PHLDAY-AA OVER 100 POUNDS/45 KILOGRAMS NOT PERMITTED

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.



**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from

4

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |



carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airporttexpedations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |



5

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Date:** 2/11/2016 12:00:00 AM

**Expense Type:** Meal

**Description:** Meals in the days before, and including the day of, Oral Argument before the Eighth Circuit Court of Appeals.



## CROWNE PLAZA®
### KANSAS CITY DOWNTOWN

02-11-16

| Stephenm Hoersting | Folio No. | : | | Room No. | : | **2005** |
|---|---|---|---|---|---|---|
| | A/R Number | : | | Arrival | : | **02-09-16** |
| | Group Code | : | | Departure | : | **02-11-16** |
| | Company | : | | Conf. No. | : | 66242733 |
| | Membership No. | : | | Rate Code | : | **IDUVC** |
| | Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-09-16 | Room Service | Line# 2005 : CHECK# 3806 | 22.10 | |
| 02-09-16 | city grille | Line# 2005 : CHECK# 1709 | 7.00 | |
| 02-10-16 | city grille | Line# 2005 : CHECK# 1715 | 19.00 | |
| 02-10-16 | Visa | | | 48.10 |
| | | XXXXXXXXXXXX0499 | | |
| 02-10-16 | Wellness Station Items | | 6.00 | |
| 02-10-16 | Wellness Station Items Tax | | 0.68 | |
| 02-11-16 | Visa | | | 6.68 |
| | | **Total** | 54.78 | 54.78 |
| | | **Balance** | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Meals — MF M Oral argument in
8th Circuit Court of Appeals

Crowne Plaza Kansas City Downtown
1301 Wyandotte
Kansas City, MO 64105
Telephone: (816) 474-6664   Fax: (816) 474-0424

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

GOOD 2 GO IV
PHILA. INT'L AIRPORT
TERMINAL F22

*MFA Return trip*

THANK YOU
CALL AGAIN

REG  02-11-2016 08:57 PM
CO1        MC#01   138083

1 NAKEDPHONGRNNAKE          $4.25
                            $4.25
TXBL TL                     $0.34
TAX            $4.59
TL                          $5.00
CASH                        $0.41
CG

*dinner*

---

*MFA argument*

HOTEL PHILLIPS
12 BALTIMORE

21023 Jolene

13/3            GST 1
        198
  FEB09'16 11:17AM

1 COFFEE(CUP)        2.00
1 L-Tomato Cheese    6.00
1 L-Grilled Caesar   8.00

  TTL Food          14.00
  TTL N/A            2.00
  Tax                1.82
11:42 Payment Due
           $17.82

Tip :           4 18

Total :        22 . 00

Name : _____

Signature : _____
FOR ROOM CHARGES ONLY
Room # : _____

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



## Missourians for Fiscal Accountability

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Date:** 2/11/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** (Airfare is listed in a separate expense entry); Shuttle from KCI airport to Crowne Plaza Hotel ($22.00); long term parking at DAY airport ($42.00).

YOUR TRIP TO:

DAY - Dayton International Airport

*15.4 @ $.54/mile*
*= $8.32*

*or $16.64 both ways*

**24 MIN | 15.4 MI** 🚗

Trip time based on traffic conditions as of 10:02 AM on February 29, 2016. Current Traffic: Moderate

**1.** Start out going **northwest** on E Schantz Ave toward Acacia Dr.

Then 0.56 miles

0.56 total miles

**2.** Turn **right** onto Oakwood Ave.

Then 0.01 miles

0.56 total miles

**3.** Take the 1st **left** onto E Schantz Ave.

If you reach Volusia Ave you've gone a little too far.

Then 0.13 miles

0.69 total miles

**4.** Take the 3rd **right** onto Far Hills Ave/OH-48. Continue to follow OH-48.

OH-48 is just past Caton Dr.

If you are on W Schantz Ave and reach Maysfield Rd you've gone about 0.1 miles too far.

Then 2.81 miles

3.50 total miles

**5.** Turn **right** onto E Grand Ave.

E Grand Ave is 0.1 miles past W Babbitt St.

If you are on N Main St and reach Hershey St you've gone about 0.1 miles too far.

Then 0.02 miles

3.52 total miles

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**6.** Merge onto I-75 N toward **Toledo**.

Then 6.37 miles                                                    9.89 total miles

**7.** Merge onto I-70 W via EXIT 61 toward **Indianapolis**.

Then 2.31 miles                                                   12.20 total miles

**8.** Take EXIT 32 toward **US-40/Vandalia/Dayton Intl Airport**.

Then 0.47 miles                                                   12.66 total miles

**9.** Merge onto Terminal Rd.

Then 0.07 miles                                                   12.73 total miles

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

0. Terminal Rd becomes Dayton International Airport Access Rd N.

Then 2.17 miles                                                14.90 total miles

**11.** Take Terminal Dr toward **Terminal/Parking/Rental Car Return**.

Then 0.31 miles                                                15.21 total miles

**12.** Turn **slight left** toward **Garage**.

Then 0.07 miles                                                15.28 total miles

**13.** Take the 1st **left**.

Then 0.11 miles                                                15.39 total miles

**14.** Turn **left**.

Then 0.02 miles                                                15.41 total miles

**15.** 3600 TERMINAL RD # 300.

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

## Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

---

Dayton Intl Airport
Dayton, 45377
MAIN EXIT 02/11/16 22:58
Receipt=034667

Short-term Parking Tkt
3 - No. 071312     MPA
02/09/16 03:39
02/11/16 22:58
Period 2d19h20'
(Ust.)                    $42.00

Total                     $42.00

Payment Received      $42.00
VISA
XXXXXXXXXXXX0499
Merch:008027568289
Auth:01913A
Type: Swiped

Sub Total             $42.00

All Amounts in USD.
Deliv. Date=Receipt Date

---

MRA Oral Argument

## SuperShuttle

Call (800) BLUE-VAN at least one day
in advance for return reservations

PASSENGER RECEIPT

2/9/2016   9:12:17AM

-------------------------------
CONF#:
PASSENGERS:   1

hoersting, stephen

CROWNE PLAZA DT

KANSAS CITY          64105

-------------------------------
FARE:  $ 18.00
SERVICE CHARGE:  $ 0.00
DRIVER FEES:  $ 0.00
COMPANY FEES:  $ 0.00
DISCOUNT:  $ 0.00
TIP:  $ 4.00
COMP/GIFT CERT:  $ 0.00
TOTAL DUE:  $ 22.00

-------------------------------
PAYMENT TYPE:  CC

TOTAL PAID:  $ 22.00

CHANGE DUE:  $ 0.00

-------------------------------
THIS IS A RECEIPT
NOT VALID FOR TRANSPORTATION

DRIVER GRATUITY NOT INCLUDED IN FARE
MCI
Non-Refundable

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Date:** 2/11/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** ABIA Parking - Feb 10-11, 2016 - Oral Argument

*MFA Travel*
*Billable*

```
        ABIA
      Parking

    CONTRACT #: NA


ENTRANCE: 02/10/2016 11:49:46
EXIT:     02/11/2016 18:06:35
DURATION: 01:06:16 (DD:HH:MM)
     FEE:      $44.00

  VISA xxxxxxxxxxx3688


   Thank
   You
```

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |



**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| Date | Jan 25, 2017 |
|---|---|
| Terms | Net 30 |
| Service Thru | Jan 25, 2017 |

**Date:** 2/11/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** Crowne Plaza receipt - Kansas City Oral Argument - C Gober

*Missourians for Fiscal Accountability*
*Travel - Billable*
*$257.66*
*billable*

## CROWNE PLAZA®
### KANSAS CITY DOWNTOWN

02-11-16

| Chris Gober | | Room No. : 2224 |
|---|---|---|
| 2101 Cedar Springs Rd Ste 1050 | Folio No. : | Arrival : 02-10-16 |
| Po Box 341016 | A/R Number : | Departure : 02-11-16 |
| Austin TX 78734 | Group Code : | Conf. No. : 60254363 |
| United States | Company : | Rate Code : IGCOR |
| | Membership No. : PC   474301255 | Page No. : 1 of 1 |
| | Invoice No. : | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-10-16 | Starbucks | Line# 2224 : CHECK# 5718 | 7.35 | |
| 02-10-16 | city bar | Line# 2224 : CHECK# 2730 | 10.00 | |
| 02-10-16 | *Room Charge | | 219.00 | |
| 02-10-16 | Business Development Fee | | 1.50 | |
| 02-10-16 | Bus. Development-ST Tax | | 0.14 | |
| 02-10-16 | State Tax 9.35% | | 20.48 | |
| 02-10-16 | Occupancy Tax 7.5% | | 16.43 | |
| 02-10-16 | Bus. Development-Occ Tax | | 0.11 | |
| 02-11-16 | Visa | | | 275.01 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | Total | 275.01 | 275.01 |
|---|---|---|---|
| | Balance | 0.00 | |

*- 17.35*
*$ 257.66*

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

Crowne Plaza Kansas City Downtown
1301 Wyandotte
Kansas City, MO  64105
Telephone:  (816) 474-6664   Fax:  (816) 474-0424

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



Missourians for Fiscal Accountability

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Date:** 2/11/2016 12:00:00 AM
**Expense Type:** Travel/Lodging
**Description:** Crowne Plaza receipt - S Hoersting meals at oral argument in Kansas City

*Steve Hoersting -*
*MFA Travel*
*Billable*



## CROWNE PLAZA®
### KANSAS CITY DOWNTOWN

|  |  |
|---|---|
| 4 | 02-11-16 |

| Stephenm Hoersting | | |
|---|---|---|
| Folio No. | : | **329354** |
| A/R Number | : | |
| Group Code | : | |
| Company | : | |
| Membership No. | : | |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. | : | **2005** |
| Arrival | : | **02-09-16** |
| Departure | : | **02-11-16** |
| Conf. No. | : | **66242733** |
| Rate Code | : | **IDUVC** |
| Page No. | : | **1 of 1** |

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 02-09-16 | Room Service | Line# 2005 : CHECK# 3806 | 22.10 | |
| 02-09-16 | city grille | Line# 2005 : CHECK# 1709 | 7.00 | |
| 02-10-16 | city grille | Line# 2005 : CHECK# 1715 | 19.00 | |
| 02-10-16 | Visa | | | 48.10 |
| | | XXXXXXXXXXXX0499 | | |
| 02-10-16 | Wellness Station Items | | 6.00 | |
| 02-10-16 | Wellness Station Items Tax | | 0.68 | |
| 02-11-16 | Visa | | | 6.68 |
| | | XXXXXXXXXXXX0499 | | |
| 02-11-16 | Visa | wrong caard | | -6.68 |
| | | XXXXXXXXXXXX0499 | | |
| 02-11-16 | Visa | | | 6.68 |
| | | XXXXXXXXXXXX3688 | | |

| | Total | 54.78 | 54.78 |
|---|---|---|---|
| | Balance | 0.00 | |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27131

| | |
|---|---|
| **Date** | Jan 25, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 25, 2017 |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Crowne Plaza Kansas City Downtown
1301 Wyandotte
Kansas City, MO  64105
Telephone:  (816) 474-6664   Fax:  (816) 474-0424