**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27201

| Date | Feb 02, 2017 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Jan 31, 2017 |

**In Reference To: Missouri Ethics Committee Litigation (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/17/2017 | CG | Emails with Caleb Jones re withdrawal from case; draft motion and declaration in support of attorneys' fees | 1.20 | $ 475.00/hr | $ 570.00 |
| 01/23/2017 | CG | Phone conferences with C. Jones re replacing him as local counsel | 0.30 | $ 475.00/hr | $ 142.50 |
| 01/25/2017 | CG | Phone conference and email with the Missouri Attorney Generals' Office re the Motion for Leave and resolution; draft Motion for Leave; communications with R. Fischer re the same; research caselaw involving "excusable neglect" | 2.80 | $ 475.00/hr | $ 1,330.00 |
| 01/27/2017 | CG | Email opposing counsel a copy of invoices for firm's representation in the matter; phone conferences and emails with opposing counsel re the status of MFA's settlement offer and Motion for Leave; phone conference with the Clerk's office re ECF filing issues; phone conferences and emails with B. White re Notice of Appearance, Motion for Leave and related filings; revise and finalize Motion for Leave; emails with C. Jones re Notice of Withdrawal | 2.40 | $ 475.00/hr | $ 1,140.00 |
| 01/30/2017 | CG | Review court correspondence; emails with Bryan White re the same | 0.10 | $ 475.00/hr | $ 47.50 |

| | |
|---|---|
| **Total Hours** | 6.80 hrs |
| **Total Service** | $ 3,230.00 |
| **Total Invoice Amount** | $ 3,230.00 |
| **Balance (Amount Due)** | **$ 252,492.30** |

**The Gober Group**
PO Box 341016
Austin , TX 78734
Phone: 512-354-1187



**Missourians for Fiscal Accountability**

# Invoice 27201

| | |
|---:|---|
| **Date** | Feb 02, 2017 |
| **Terms** | Net 30 |
| **Service Thru** | Jan 31, 2017 |